THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX: 213 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARY CAMACHO,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br>    Defendant. | EDCV 07-1069 RC<br><br>**JUDGMENT OF REMAND** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order of Remand and Stipulation for Remand, pursuant to sentence 4, 42 U.S.C. § 405 (g).

DATED: 02/07/08

                                        /s/
                                 ROSALYN CHAPMAN
                                 UNITED STATES MAGISTRATE JUDGE